1
2
3
4
5
6
                    THE HONORABLE JOHN H. CHUN
7
8
             UNITED STATES DISTRICT COURT
9
       WESTERN DISTRICT OF WASHINGTON AT SEATTLE
10

| | |
|---|---|
| 11    FOSS MARITIME COMPANY, LLC, a Washington limited liability company and 12    NORTHWEST TUG LEASING, LLC, a Washington limited liability company, 13                 Plaintiffs, 14      v. 15    NAVIGATORS INSURANCE COMPANY, 16    a New York insurance company; ZURICH AMERICAN INSURANCE COMPANY, an 17    Illinois insurance company; and ASCOT INSURANCE COMPANY, a New York 18    insurance company, 19               Defendants. | Case No.:  2:25-cv-02534 <br><br> ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT NAVIGATORS INSURANCE COMPANY TO PLAINTIFFS' COMPLAINT <br><br> JURY TRIAL DEMANDED |

20
21       Defendant NAVIGATORS INSURANCE COMPANY responds as follows to the

22 allegations set out in the Complaint filed by Plaintiff FOSS MARITIME COMPANY, LLC, and

23 Plaintiff NORTHWEST TUG LEASING, LLC, based upon the information currently available

24 to Navigators.

25       In response to the section of the Complaint entitled "Introduction and Nature of Dispute,"

26 Navigators denies the allegations in that section.

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and therefore denies them.

5.      Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 and therefore denies them.

6.      Navigators admits this Court has subject matter jurisdiction over this case. Except as expressly admitted, Navigators denies the allegations in Paragraph 6.

7.      Navigators admits this Court has personal jurisdiction over Navigators.  Except as expressly admitted, Navigators denies the allegations in Paragraph 7.

8.      Navigators admits this Court has personal jurisdiction over Navigators.  Except as expressly admitted, Navigators denies the allegations in Paragraph 8.

9.      Navigators admits this is a proper venue for this case.  Except as expressly admitted, Navigators denies the allegations in Paragraph 9.

10.      Navigators admits that insurance policies were purchased from Navigators under which Navigators was listed as the lead underwriter.  Navigators further admits these policies speak for themselves.  Except as expressly admitted, Navigators denies the allegations in Paragraph 10.

11.      Navigators admits the insurance policies purchased from Navigators speak for themselves.  Except as expressly admitted, Navigators denies the allegations in Paragraph 11.

12.      Navigators admits the insurance policies purchased from Navigators speak for themselves.  Except as expressly admitted, Navigators denies the allegations in Paragraph 12.

13.      Navigators admits the insurance policies purchased from Navigators speak for themselves.  Except as expressly admitted, Navigators denies the allegations in Paragraph 13.

NAVIGATORS INSURANCE COMPANY'S ANSWER TO
COMPLAINT
Case No.

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205

14.     Navigators admits the insurance policies purchased from Navigators speak for themselves.  Except as expressly admitted, Navigators denies the allegations in Paragraph 14.

15.     Navigators admits the insurance policies purchased from Navigators speak for themselves.  Except as expressly admitted, Navigators denies the allegations in Paragraph 15.

16.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and therefore denies them.

17.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and therefore denies them.

18.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and therefore denies them.

19.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and therefore denies them.

20.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore denies them.

21.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and therefore denies them.

22.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and therefore denies them.

23.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies them.

24.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies them.

25.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies them.

26.     Navigators lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies them.

NAVIGATORS INSURANCE COMPANY'S ANSWER TO COMPLAINT
Case No.

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205

1    27.    Navigators lacks knowledge or information sufficient to form a belief as to the

2    truth of the allegations in Paragraph 27 and therefore denies them.

3    28.    Navigators lacks knowledge or information sufficient to form a belief as to the

4    truth of the allegations in Paragraph 28 and therefore denies them.

5    29.    Navigators lacks knowledge or information sufficient to form a belief as to the

6    truth of the allegations in Paragraph 29 and therefore denies them.

7    30.    Navigators denies the allegations in Paragraph 30.

8    31.    Navigators denies the allegations in Paragraph 31.

9    32.    Navigators denies the allegations in Paragraph 32.

10    33.    Navigators denies the allegations in Paragraph 33.

11    34.    Navigators denies the allegations in Paragraph 34.

12    35.    Navigators denies the allegations in Paragraph 35.

13    36.    Navigators denies the allegations in Paragraph 36.

14    37.    Navigators denies the allegations in Paragraph 37, including all subparts.

15    38.    Navigators denies the allegations in Paragraph 38, including all subparts.

16    39.    Navigators denies the allegations in Paragraph 39.

17    40.    Navigators denies the allegations in Paragraph 40.

18    41.    Navigators lacks knowledge or information sufficient to form a belief as to the

19    truth of the allegations in Paragraph 41 and therefore denies them.

20    42.    Navigators incorporates by this reference its responses to each paragraph, above.

21    43.    Navigators denies the allegations in Paragraph 43.

22    44.    Navigators denies the allegations in Paragraph 44.

23    45.    Navigators denies the allegations in Paragraph 45.

24    46.    Navigators admits that it owes its insureds a duty to comply with applicable law.

25    Except as expressly admitted, Navigators denies the allegations in Paragraph 46.

26    47.    Navigators denies the allegations in Paragraph 47, including all subparts.

NAVIGATORS INSURANCE COMPANY'S ANSWER TO
COMPLAINT
Case No.

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205

1     48.     Navigators denies the allegations in Paragraph 48.

2     49.     Navigators denies the allegations in Paragraph 49.

3     50.     Navigators denies the allegations in Paragraph 50.

4     51.     Navigators denies the allegations in Paragraph 51.

5     52.     Navigators denies the allegations in Paragraph 52.

6     53.     Navigators denies the allegations in Paragraph 53.

7     54.     Navigators denies the allegations in Paragraph 54.

8     55.     Navigators denies the allegations in Paragraph 55.

9     56.     Navigators denies the allegations in Paragraph 56.

10     57.     Navigators lacks knowledge or information sufficient to form a belief as to the

11  truth of the allegations in Paragraph 57 and therefore denies them.

12     58.     Navigators denies the allegations in Pparagraph 58.

13     In response to the section of the Complaint entitled "Prayer for Relief," Navigators denies

14  that Plaintiffs are entitled to any form of relief from Navigators.

15                 **AFFIRMATIVE DEFENSES**

16     Navigators sets out its affirmative defenses, below.  In so doing, Navigators does not

17  assume the burden of proving any fact, issue, or element of a cause of action where such burden

18  properly belongs to Plaintiffs.  As separate and distinct affirmative defenses, Navigators states as

19  follows:

20     1.     Plaintiffs failed to state a claim for which relief can be granted.

21     2.     Coverage under the applicable policies is governed by those policies' provisions,

22  terms, definitions, conditions, endorsements, limitations, and/or exclusions—any number of

23  which may apply to defeat or limit coverage for Plaintiffs' alleged insurance claim.

24     3.     Plaintiffs failed to satisfy the conditions necessary for coverage.

25     4.     Plaintiffs failed to provide sufficient information to establish coverage.

26     5.     Plaintiffs failed to satisfy the conditions necessary to file this case.

NAVIGATORS INSURANCE COMPANY'S ANSWER TO
COMPLAINT
Case No.

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205

6.      Plaintiffs' claims are governed by laws other than those of the state of Washington.

7.      Plaintiffs' alleged damages were caused, in whole or in part, by the fault of others, including Plaintiffs and all others which were responsible for the development, manufacture, purchase, sale, provision, installation, maintenance, or repair of the allegedly defective propulsion system and tugboats referred to in the Complaint.

At this early stage of the case, Navigators is without complete information as to all the facts surrounding the allegations in the Complaint and, therefore, reserves the right to withdraw and/or add additional affirmative defenses, as may be warranted by the facts as they become known.

## NAVIGATORS' REQUEST FOR RELIEF

Having fully answered the Complaint and asserted Affirmative Defenses, Navigators requests the Court enter judgment:

1.      Dismissing Plaintiffs' claims in their entirety, with prejudice;

2.      Awarding Navigators its attorney fees and costs incurred in this case; and

3.      For such other and further relief as the Court deems just and equitable.

DATED:  January 26, 2026                CLYDE & CO US LLP


By: _/s/ Matthew J. Sekits_____
      Matthew J. Sekits, WSBA 26175


_/s/ Dallas Whiteley_____
Dallas Whiteley, WSBA 55650#
Clyde & Co US LLP
600 Stewart Street, Suite 400, #6262
Seattle, WA 98101
Telephone: (206) 652-3271
Facsimile:  (206) 652-3205
matthew.sekits@clydeco.us
dallas.whiteley@clydeco.us

Attorneys for Defendant
NAVIGATORS INSURANCE COMPANY

NAVIGATORS INSURANCE COMPANY'S ANSWER TO
COMPLAINT
Case No.

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205