THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FOSS MARITIME COMPANY, LLC, a Washington limited liability company and NORTHWEST TUG LEASING, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIGATORS INSURANCE COMPANY, a New York insurance company; ZURICH AMERICAN INSURANCE COMPANY, an Illinois insurance company; and ASCOT INSURANCE COMPANY, a New York insurance company,<br><br>Defendants. | Case No.: 2:25-cv-02534<br><br>ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT ASCOT INSURANCE COMPANY TO PLAINTIFFS' COMPLAINT<br><br>JURY TRIAL DEMANDED |

Defendant ASCOT INSURANCE COMPANY responds as follows to the allegations set out in the Complaint filed by Plaintiff FOSS MARITIME COMPANY, LLC, and Plaintiff NORTHWEST TUG LEASING, LLC, based upon the information currently available to Ascot.

In response to the section of the Complaint entitled "Introduction and Nature of Dispute," Ascot denies the allegations in that section.

    1.    Admitted.

ASCOT INSURANCE COMPANY'S ANSWER TO COMPLAINT
Case No.: 2:25-cv-02534

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205

2. Admitted.

3. Ascot lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies them.

4. Ascot lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and therefore denies them.

5. Ascot admits that it is a Colorado corporation, with its principal place of business in Parker, Colorado. Except as expressly admitted, Ascot denies the allegations in Paragraph 5.

6. Ascot admits this Court has subject matter jurisdiction over this case. Except as expressly admitted, Ascot denies the allegations in Paragraph 6.

7. Ascot admits this Court has personal jurisdiction over Ascot. Except as expressly admitted, Ascot denies the allegations in Paragraph 7.

8. Ascot admits this Court has personal jurisdiction over Ascot. Except as expressly admitted, Ascot denies the allegations in Paragraph 8.

9. Ascot admits this is a proper venue for this case. Except as expressly admitted, Ascot denies the allegations in Paragraph 9.

10. Ascot admits that insurance policies were purchased from Navigators under which Navigators was listed as the lead underwriter. Ascot further admits these policies speak for themselves. Except as expressly admitted, Ascot denies the allegations in Paragraph 10.

11. Ascot admits the insurance policies purchased from Navigators speak for themselves. Except as expressly admitted, Ascot denies the allegations in Paragraph 11.

12. Ascot admits the insurance policies purchased from Navigators speak for themselves. Except as expressly admitted, Ascot denies the allegations in Paragraph 12.

13. Ascot admits the insurance policies purchased from Navigators speak for themselves. Except as expressly admitted, Ascot denies the allegations in Paragraph 13.

14. Ascot admits the insurance policies purchased from Navigators speak for themselves. Except as expressly admitted, Ascot denies the allegations in Paragraph 14.

ASCOT INSURANCE COMPANY'S ANSWER TO COMPLAINT
Case No. 2:25-cv-02534

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205

1    15.    Ascot admits the insurance policies purchased from Navigators speak for
2 themselves.  Except as expressly admitted, Ascot denies the allegations in Paragraph 15.

3    16.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
4 the allegations in Paragraph 16 and therefore denies them.

5    17.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
6 the allegations in Paragraph 17 and therefore denies them.

7    18.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
8 the allegations in Paragraph 18 and therefore denies them.

9    19.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
10 the allegations in Paragraph 19 and therefore denies them.

11    20.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
12 the allegations in Paragraph 20 and therefore denies them.

13    21.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
14 the allegations in Paragraph 21 and therefore denies them.

15    22.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
16 the allegations in Paragraph 22 and therefore denies them.

17    23.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
18 the allegations in Paragraph 23 and therefore denies them.

19    24.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
20 the allegations in Paragraph 24 and therefore denies them.

21    25.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
22 the allegations in Paragraph 25 and therefore denies them.

23    26.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
24 the allegations in Paragraph 26 and therefore denies them.

25    27.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of
26 the allegations in Paragraph 27 and therefore denies them.

ASCOT INSURANCE COMPANY'S ANSWER TO COMPLAINT
Case No. 2:25-cv-02534

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205

28. Ascot lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and therefore denies them.

29. Ascot lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and therefore denies them.

30. Ascot denies the allegations in Paragraph 30.

31. Ascot denies the allegations in Paragraph 31.

32. Ascot denies the allegations in Paragraph 32.

33. Ascot denies the allegations in Paragraph 33.

34. Ascot denies the allegations in Paragraph 34.

35. Ascot denies the allegations in Paragraph 35.

36. Ascot denies the allegations in Paragraph 36.

37. Ascot denies the allegations in Paragraph 37, including all subparts.

38. Ascot denies the allegations in Paragraph 38, including all subparts.

39. Ascot denies the allegations in Paragraph 39.

40. Ascot denies the allegations in Paragraph 40.

41. Ascot lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and therefore denies them.

42. Ascot incorporates by this reference its responses to each Paragraph, above.

43. Ascot denies the allegations in Paragraph 43.

44. Ascot denies the allegations in Paragraph 44.

45. Ascot denies the allegations in Paragraph 45.

46. Ascot admits that it owes its insureds a duty to comply with applicable law. Except as expressly admitted, Ascot denies the allegations in Paragraph 46.

47. Ascot denies the allegations in Paragraph 47, including all subparts.

48. Ascot denies the allegations in Paragraph 48.

49. Ascot denies the allegations in Paragraph 49.

ASCOT INSURANCE COMPANY'S ANSWER TO COMPLAINT
Case No. 2:25-cv-02534

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205

1    50.    Ascot denies the allegations in Paragraph 50.

2    51.    Ascot denies the allegations in Paragraph 51.

3    52.    Ascot denies the allegations in Paragraph 52.

4    53.    Ascot denies the allegations in Paragraph 53.

5    54.    Ascot denies the allegations in Paragraph 54.

6    55.    Ascot denies the allegations in Paragraph 55.

7    56.    Ascot denies the allegations in Paragraph 56.

8    57.    Ascot lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and therefore denies them.

10    58.    Ascot denies the allegations in Paragraph 58.

In response to the section of the Complaint entitled "Prayer for Relief," Ascot denies that Plaintiffs are entitled to any form of relief from Ascot.

## AFFIRMATIVE DEFENSES

Ascot sets out its affirmative defenses, below. In so doing, Ascot does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiffs. As separate and distinct affirmative defenses, Ascot states as follows:

1. Plaintiffs failed to state a claim for which relief can be granted.

2. Coverage under the applicable policies is governed by those policies' provisions, terms, definitions, conditions, endorsements, limitations, and/or exclusions—any number of which may apply to defeat or limit coverage for Plaintiffs' alleged insurance claim.

3. Plaintiffs failed to satisfy the conditions necessary for coverage.

4. Plaintiffs failed to provide sufficient information to establish coverage.

5. Plaintiffs failed to satisfy the conditions necessary to file this case.

6. Plaintiffs' claims are governed by laws other than those of the state of Washington.

ASCOT INSURANCE COMPANY'S ANSWER TO COMPLAINT
Case No. 2:25-cv-02534

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205

7. Plaintiffs' alleged damages were caused, in whole or in part, by the fault of others, including Plaintiffs and all others which were responsible for the development, manufacture, purchase, sale, provision, installation, maintenance, or repair of the allegedly defective propulsion system and tugboats referred to in the Complaint.

At this early stage of the case, Ascot is without complete information as to all the facts surrounding the allegations in the Complaint, and therefore reserves the right to withdraw and/or add additional affirmative defenses, as may be warranted by the facts as they become known.

## ASCOT'S REQUEST FOR RELIEF

Having fully answered the Complaint and asserted Affirmative Defenses, Ascot requests the Court enter judgment:

1. Dismissing Plaintiffs' claims in their entirety, with prejudice;

2. Awarding Ascot its attorney fees and costs incurred in this case; and

3. For such other and further relief as the Court deems just and equitable.

DATED: February 11, 2026                 CLYDE & CO US LLP

By: *Matthew J. Sekits*
Matthew J. Sekits, WSBA 26175
Clyde & Co US LLP
401 Union Street, Suite 1400
Seattle, WA   98101
Telephone:  (415) 365-9810
Facsimile:  (206) 689-8501
matthew.sekits@clydeco.us

By: */s/  Dallas Whiteley*
Dallas Whiteley, WSBA 55650#
Clyde & Co US LLP
401 Union Street, Suite 1400
Seattle, WA 98101
Telephone: (206) 689-8500
Facsimile:  (206) 689-8501
dallas.whiteley@clydeco.us

Attorneys for Defendant
ASCOT INSURANCE COMPANY

ASCOT INSURANCE COMPANY'S ANSWER TO COMPLAINT
Case No. 2:25-cv-02534

CLYDE & CO US LLP
600 Stewart Street, Suite 400, #6262
Seattle, Washington 98101
Tel: (206) 652-3271 / Fax: (206) 652-3205