THE HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOSS MARITIME COMPANY, LLC, a Washington limited liability company; and NORTHWEST TUG LEASING, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIGATORS INSURANCE COMPANY, a New York insurance company; ZURICH AMERICAN INSURANCE COMPANY, an Illinois insurance company; and ASCOT INSURANCE COMPANY, a New York insurance company,<br><br>Defendants. | No. 2:25-cv-02534-JHC<br><br>**STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES**<br><br>**NOTED ON CALENDAR:**<br>**February 13, 2026** |

## I.   STIPULATED MOTION

Plaintiffs Foss Maritime Company, LLC and Northwest Tug Leasing, LLC (collectively "Plaintiffs") and Defendants Navigators Insurance Company ("Navigators"), Ascot Insurance Company ("Ascot"), and Zurich American Insurance Company ("Zurich"), by and through their respective attorneys, respectfully request that the Court extend two upcoming initial deadlines in this case:

STIPULATED MOTION TO EXTEND
INITIAL CASE DEADLINES – 1
(No. 2:25-cv-02534-JHC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

- The deadline for Plaintiffs' response to Zurich's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), ECF No. 13 (the "Motion"), from February 16, 2026 to **February 27, 2026**.

- The deadline for Zurich's reply in support of the Motion from February 23, 2026 to **March 6, 2026**.

- The deadline for the parties' FRCP 26(f) conference, *see* ECF No. 17, from February 17, 2026 to **February 27, 2026**.

The parties respectfully submit that good cause exists to grant these extensions to accommodate counsel's schedules and to accommodate informal discussions among the parties that may resolve the Motion. The parties do not at this time request an extension of the March 2, 2026 and March 9, 2026 deadlines for exchanging initial disclosures and filing the Combined Joint Status Report and Discovery Plan, or any other applicable case deadlines.

RESPECTFULLY SUBMITTED this 13th day of February, 2026.

| CORR CRONIN LLP | COZEN O'CONNOR |
|---|---|
| *s/ Kelly H. Sheridan* | *s/ Jeremy Knight (with permission)* |
| Kelly H. Sheridan, WSBA No. 44746 | Jodi A. McDougall, WSBA No. 22060 |
| Kathryn Joy, WSBA No. 60056 | Jeremy Knight, WSBA No. 58607 |
| 1015 Second Avenue, Floor 10 | 999 Third Avenue, Suite 1900 |
| Seattle, Washington 98104-1001 | Seattle, WA 98370 |
| Tel: (206) 625-8600 | Tel: (206) 340-1000 |
| Email: ksheridan@corrcronin.com | Email: JMcDougall@cozen.com |
|     kjoy@corrcronin.com |     JKnight@cozen.com |
| MILLER NASH LLP | *Attorneys for Defendant Zurich American Insurance Company* |
| Donald B. Scaramastra, WSBA No. 21416 | |
| Carolyn A. Mount, WSBA No. 55527 | |
| 605 5th Avenue S., Suite 900 | CLYDE & CO US LLP |
| Seattle, WA 98104 | |
| Tel: (206) 777-7530 | *s/ Dallas Whiteley (with permission)* |
| Email: donald.scaramastra@millernash.com | Matthew J. Sekits, WSBA 26175 |
|     carolyn.mount@millernash.com | Dallas Whiteley, WSBA 55650 |

STIPULATED MOTION TO EXTEND
INITIAL CASE DEADLINES – 2
(No. 2:25-cv-02534-JHC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  *Attorneys for Plaintiffs Foss Maritime Company, LLC and Northwest Tug Leasing, LLC*

600 Stewart Street, Suite 400, #6262
Seattle, WA 98101
Tel: (206) 652-3271
Email: matthew.sekits@clydeco.us
         dallas.whiteley@clydeco.us

*Attorneys for Defendants Navigators Insurance Company and Ascot Insurance Company*

STIPULATED MOTION TO EXTEND
INITIAL CASE DEADLINES – 3
(No. 2:25-cv-02534-JHC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900