THE HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FOSS MARITIME COMPANY, LLC, a Washington limited liability company; and NORTHWEST TUG LEASING, LLC, a Washington limited liability company,

Plaintiffs,

v.

NAVIGATORS INSURANCE COMPANY, a New York insurance company; ZURICH AMERICAN INSURANCE COMPANY, an Illinois insurance company; and ASCOT INSURANCE COMPANY, a New York insurance company,

Defendants.

No. 2:25-cv-02534-JHC

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES**

## I.  ORDER

This matter having come before the Court on Plaintiffs Foss Maritime Company, LLC and Northwest Tug Leasing, LLC (collectively "Plaintiffs") and Defendants Navigators Insurance Company ("Navigators"), Ascot Insurance Company ("Ascot"), and Zurich American Insurance Company's ("Zurich") Stipulated Motion to Extend Initial Case Deadlines, and the Court finding good cause to extend the requested deadlines, now therefore,

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND INITIAL CASE DEADLINES – 1
(No. 2:25-cv-02534-JHC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1   It is hereby ORDERED:

2   - The deadline for Plaintiffs' response to Zurich's Motion to Dismiss under Fed.
3     R. Civ. P. 12(b)(6), ECF No. 13, is RESET from February 16, 2026 to
4     **February 27, 2026**.
5   - The deadline for Zurich's reply in support of the Motion from February 23,
6     2026 to **March 6, 2026**.
7   - The deadline for the parties' FRCP 26(f) conference, *see* ECF No. 17, is RESET
8     from February 17, 2026 to **February 27, 2026**.

9   SO ORDERED this ___ day of _____, 2026.

_____
The Honorable John H. Chun
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Kelly H. Sheridan*
Kelly H. Sheridan, WSBA No. 44746
Kathryn Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel: (206) 625-8600
Email: ksheridan@corrcronin.com
       kjoy@corrcronin.com

MILLER NASH LLP
Donald B. Scaramastra, WSBA No. 21416
Carolyn A. Mount, WSBA No. 55527
605 5th Avenue S., Suite 900
Seattle, WA 98104
Tel: (206) 777-7530
Email: donald.scaramastra@millernash.com
       carolyn.mount@millernash.com

*Attorneys for Plaintiffs Foss Maritime Company,
LLC and Northwest Tug Leasing, LLC*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND INITIAL CASE DEADLINES – 2
(No. 2:25-cv-02534-JHC)

1  COZEN O'CONNOR

2

3  *s/ Jeremy Knight (with permission)*
   Jodi A. McDougall, WSBA No. 22060
4  Jeremy Knight, WSBA No. 58607
   999 Third Avenue, Suite 1900
5  Seattle, WA 98370
   Tel: (206) 340-1000
6  Email: JMcDougall@cozen.com
            JKnight@cozen.com
7

8  *Attorneys for Defendant Zurich American Insurance Company*

9

10  CLYDE & CO US LLP

11

12  *s/ Dallas Whiteley (with permission)*
    Matthew J. Sekits, WSBA 26175
13  Dallas Whiteley, WSBA 55650
    600 Stewart Street, Suite 400, #6262
14  Seattle, WA 98101
    Tel: (206) 652-3271
15  Email: matthew.sekits@clydeco.us
            dallas.whiteley@clydeco.us
16

17  *Attorneys for Defendants Navigators Insurance Company and Ascot Insurance Company*

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND INITIAL CASE DEADLINES – 3
(No. 2:25-cv-02534-JHC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900