IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FOSS MARITIME COMPANY, LLC, a Washington limited liability company; and NORTHWEST TUG LEASING, LLC, a Washington limited liability company,

Plaintiffs,

v.

NAVIGATORS INSURANCE COMPANY, a New York insurance company; ZURICH AMERICAN INSURANCE COMPANY, an Illinois insurance company; and ASCOT INSURANCE COMPANY, a New York insurance company,

Defendants.

No. 2:25-cv-02534-JHC

**ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES**

This matter having come before the Court on Plaintiffs Foss Maritime Company, LLC and Northwest Tug Leasing, LLC (collectively "Plaintiffs") and Defendants Navigators Insurance Company ("Navigators"), Ascot Insurance Company ("Ascot"), and Zurich American Insurance Company's ("Zurich") Stipulated Motion to Extend Initial Case Deadlines, Dkt. # 20, and the Court finding good cause to extend the requested deadlines, now therefore,

ORDER GRANTING STIPULATED
MOTION TO EXTEND INITIAL CASE DEADLINES – 1
(No. 2:25-cv-02534-JHC)

It is hereby ORDERED:

- The deadline for Plaintiffs' response to Zurich's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), Dkt. # 13, is RESET from February 16, 2026 to **February 27, 2026**.

- The deadline for Zurich's reply in support of the Motion from February 23, 2026 to **March 6, 2026**.

- The deadline for the parties' FRCP 26(f) conference, *see* Dkt. # 17, is RESET from February 17, 2026 to **February 27, 2026**.

- The Court DIRECTS the Clerk to re-note the motion at Dkt. # 13 for March 6, 2026.

SO ORDERED this 17th day of February, 2026.


John H. Chun
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO EXTEND INITIAL CASE DEADLINES – 2
(No. 2:25-cv-02534-JHC)