IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOSS MARITIME COMPANY, LLC, a Washington limited liability company; and NORTHWEST TUG LEASING, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIGATORS INSURANCE COMPANY, a New York insurance company; ZURICH AMERICAN INSURANCE COMPANY, an Illinois insurance company; and ASCOT INSURANCE COMPANY, a New York insurance company,<br><br>Defendants. | No. 2:25-cv-02534-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES** |

## I.    ORDER

This matter having come before the Court on Plaintiffs Foss Maritime Company, LLC

and Northwest Tug Leasing, LLC (collectively "Plaintiffs") and Defendants Navigators

Insurance Company ("Navigators"), Ascot Insurance Company ("Ascot"), and Zurich American

///

///

///

ORDER GRANTING STIPULATED
MOTION TO EXTEND CASE DEADLINES
(No. 2:25-cv-02534-JHC)

1

Insurance Company's ("Zurich") Stipulated Motion to Extend Case Deadlines, Dkt. # 22, and the Court finding good cause to extend the requested deadlines, now therefore,

It is hereby ORDERED:

- The deadline for responses to Zurich's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), ECF No. 13 (the "Motion") is reset from February 27, 2026, to March 20, 2026.

- The deadline for Zurich's reply in support of the Motion is reset from March 6, 2026, to March 27, 2026.

- The deadline for the parties' FRCP 26(f) conference is reset from February 27, 2026, to March 20, 2026.

- The deadline for exchanging initial disclosures is reset to March 27, 2026.

- The deadline for filing the Combined Joint Status Report and Discovery Plan is reset to April 3, 2026.

- The Court DIRECTS the Clerk to re-note the Motion, ECF No. 13, for March 27, 2026.

SO ORDERED this 27th day of February, 2026.

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO EXTEND CASE DEADLINES
(No. 2:25-cv-02534-JHC)

2