IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOSS MARITIME COMPANY, LLC, a Washington limited liability company; and NORTHWEST TUG LEASING, LLC, a Washington limited liability company, | No. 2:25-cv-02534-JHC |
| Plaintiffs, | **ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINE** |
| v. | |
| NAVIGATORS INSURANCE COMPANY, a New York insurance company; ZURICH AMERICAN INSURANCE COMPANY, an Illinois insurance company; and ASCOT INSURANCE COMPANY, a New York insurance company, | |
| Defendants. | |

This matter having come before the Court on Plaintiffs Foss Maritime Company, LLC and Northwest Tug Leasing, LLC (collectively "Plaintiffs") and Defendants Navigators Insurance Company ("Navigators"), Ascot Insurance Company ("Ascot"), and Zurich American Insurance Company's ("Zurich") Stipulated Motion to Extend Case Deadline, Dkt. # 25, and the Court finding good cause to extend the requested deadline, now therefore,

It is hereby ORDERED:

- The deadline for the parties' FRCP 26(f) conference is reset from March 20, 2026, to March 25, 2026.

ORDER GRANTING STIPULATED
MOTION TO EXTEND CASE DEADLINE
(No. 2:25-cv-02534-JHC)

1

SO ORDERED this 23rd day of March, 2026.


_John H. Chun_

John H. Chun
United States District Judge