IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FOSS MARITIME COMPANY, LLC, a
Washington limited liability company; and
NORTHWEST TUG LEASING, LLC, a
Washington limited liability company,

Plaintiffs,

v.

NAVIGATORS INSURANCE COMPANY, a
New York insurance company; ZURICH
AMERICAN INSURANCE COMPANY, an
Illinois insurance company; and ASCOT
INSURANCE COMPANY, a New York
insurance company,

Defendants.

No. 2:25-cv-02534-JHC

**ORDER GRANTING STIPULATED
MOTION TO EXTEND INITIAL
DISCLOSURES DEADLINES**

This matter having come before the Court on the parties Stipulated Motion to Extend Case Deadline, Dkt. # 31, and the Court finding good cause to extend the requested deadline, now therefore,

It is hereby ORDERED that the deadline for the parties' Initial Disclosures is reset from March 25, 2026, to April 3, 2026.

SO ORDERED this 26th day of March, 2026.

John H. Chun
United States District Judge

ORDER GRANDING STIPULATED MOTION
TO EXTEND INITIAL DISCLOSURES
DEADLINES – 1
(No. 2:25-cv-02534-JHC)