UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FOSS MARITIME COMPANY, LLC, a
Washington limited liability company; and
NORTHWEST TUG LEASING, LLC, a
Washington limited liability company,

       Plaintiffs,

       v.

NAVIGATORS INSURANCE COMPANY, a
New York insurance company; ZURICH
AMERICAN INSURANCE COMPANY, an
Illinois insurance company; and ASCOT
INSURANCE COMPANY a New York
insurance company,

       Defendants.

Case No. 2:25-cv-02534-JHC

ORDER

This matter having come before the Court on Plaintiffs Foss Maritime Company, LLC and Northwest Tug Leasing, LLC (collectively "Plaintiffs") and Defendants Navigators Insurance Company ("Navigators"), Ascot Insurance Company ("Ascot"), and Zurich American Insurance Company ("Zurich") Stipulated Motion to Extend Joint Status Report Deadline, Dkt. # 34, and the Court finding good cause to extend the requested deadline, now therefore

It is hereby ORDERED that the Parties' motion is GRANTED; and

**ORDER** - 1
CASE NO. 2:25-CV-02534

It is hereby FURTHER ORDERED that the deadline for submission of the Joint Status Report is extended to April 8, 2026.

SO ORDERED this 6th day of April, 2026.

John H. Chun
United States District Judge

**ORDER** - 2
CASE NO. 2:25-CV-02534