IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FOSS MARITIME COMPANY, LLC, a
Washington limited liability company; and
NORTHWEST TUG LEASING, LLC, a
Washington limited liability company,

Plaintiffs,

v.

NAVIGATORS INSURANCE COMPANY, a
New York insurance company; ZURICH
AMERICAN INSURANCE COMPANY, an
Illinois insurance company; and ASCOT
INSURANCE COMPANY, a New York
insurance company,

Defendants.

No. 2:25-cv-02534-JHC

**ORDER GRANTING STIPULATED
MOTION TO MODIFY BRIEFING
SCHEDULE ON PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT**

This matter having come before the Court on Plaintiffs Foss Maritime Company, LLC and Northwest Tug Leasing, LLC (collectively "Foss") and Defendant Navigators Insurance Company's ("Navigators") Stipulated Motion to Modify Briefing Schedule on Plaintiffs' Motion for Partial Summary Judgment, Dkt. # 36, and the Court finding good cause to extend the requested deadlines, now therefore,

It is hereby ORDERED:

ORDER GRANTING STIPULATED MOTION
TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
(No. 2:25-cv-02534-JHC)

- The deadline for Navigators' response to Plaintiffs' Motion for Partial Summary Judgment against Navigators Insurance Company, Dkt. No. 26 (the "Motion") is reset from April 10, 2026, to April 17, 2026.

- The deadline for Foss's reply in support of the Motion is reset from April 17, 2026, to April 24, 2026.

- The Court DIRECTS the Clerk to re-note the Motion for April 24, 2026.

SO ORDERED this 8th day of April, 2026.

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
(No. 2:25-cv-02534-JHC)