IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FOSS MARITIME COMPANY, LLC, a Washington limited liability company; and NORTHWEST TUG LEASING, LLC, a Washington limited liability company,

Plaintiffs,

v.

NAVIGATORS INSURANCE COMPANY, a New York insurance company; ZURICH AMERICAN INSURANCE COMPANY, an Illinois insurance company; and ASCOT INSURANCE COMPANY, a New York insurance company,

Defendants.

No. 2:25-cv-02534-JHC

**ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter having come before the Court on Plaintiffs Foss Maritime Company, LLC and Northwest Tug Leasing, LLC (collectively "Foss") and Defendant Navigators Insurance Company's ("Navigators") Stipulated Motion to Modify Briefing Schedule on Plaintiffs' Motion for Partial Summary Judgment, Dkt. # 39, and the Court finding good cause to extend the requested deadlines, now therefore,

It is hereby ORDERED:

ORDER GRANTING STIPULATED MOTION
TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
(No. 2:25-cv-02534-JHC)

- The deadline for Navigators' response to Plaintiffs' Motion for Partial Summary Judgment against Navigators Insurance Company, Dkt. #. 26 (the "Motion") is reset from April 17, 2026, to April 24, 2026.
- The deadline for Foss's reply in support of the Motion is reset from April 24, 2026, to May 8, 2026.
- The Court DIRECTS the Clerk to re-note the Motion at Dkt. # 26 for May 8, 2026.

SO ORDERED this 14th day of April, 2026.

_John H. Chun_
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
(No. 2:25-cv-02534-JHC)